AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Minaldi, Patricia H. | District Court - Louisiana | 04/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Courthouse<br>611 Broad Street<br>Lake Charles, LA 70601 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | La. State Employee Retirement System (pension upon retirement) |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 20 A 9 41 FINANCIAL DISCLOSURE OFFICE

Minaldi, Patricia H.

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 04/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southwest Louisiana Bar Association | April 16, 2009 - Apri 18, 2009 | Houston, Texas | Bench Bar Conference | Reimbursement for lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 04/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Minaldi, Patricia H. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Minerex, LLC (dissolved in divorce) | | None | J | W | | 03/09/07 | | | |
| 2.  Northwest Mutual Ins. Co. (account) | A | Interest | J | T | | | | | |
| 3.  Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 4.  Hibernia National BankCapital One (Accounts) | B | Interest | L | T | | | | | |
| 5.  Smith Barney (formerly Legg Mason Special Investment) Trust | B | Dividend | J | T | | | | | |
| 6.  Smith Barney (formerly Legg Mason Cash Reserve Trust) | A | Dividend | J | T | | | | | |
| 7.  Smith Barney (formerly Legg Mason Opportunity Trust) | A | Dividend | J | T | | | | | |
| 8.  Smith Barney (formerly Legg Mason Cash Reserve Trust) | A | Dividend | J | T | | | | | |
| 9.  Smith Barney (formerly Legg Mason Opportunity Trust) | A | Dividend | J | T | | | | | |
| 10. Other Property - St. Mary Parish (dissolved in divorce) | | None | J | W | | | | | |
| 11. AXA Equitable (formerly Fidelity Aggressive Growth) | A | Dividend | K | T | | | | | Fidelity IRA |
| 12. AXA Equitable (formerly Fidelity Growth Companies) | A | Dividend | K | T | | | | | Fidelity IRA |
| 13. AXA Equitable (formerly Fidelity Value) | A | Dividend | L | T | | | | | Fidelity IRA |
| 14. Spartan Total Market Index | A | Dividend | K | T | | | | | Fidelity IRA |
| 15. AIM Equity Funds Blue Chip Fund | A | Dividend | K | T | | | | | Raymond James IRA |
| 16. Hartford Mutual Funds Capital Appreciation Fund | A | Dividend | K | T | | | | | Raymond James IRA |
| 17. Hartford Mutual Funds Midcap Fund | A | Dividend | K | T | | | | | Raymond James IRA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 04/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Mutual Funds Global Health Fund | A | Dividend | J | T | | | | | Raymond James IRA |
| 19. First Trust Target VIP Portfolio | A | Dividend | J | T | Sale/Repurch | 12/30 | J | A | Rebalancing sale/purchase |
| 20. New York Whole Life (dissolved in divorce) | A | Dividend | J | T | | | | | |
| 21. Northwest Mutual Whole Life #1 (dissolved in divorce) | A | Dividend | J | T | | | | | |
| 22. Northwest Mutual Whole Life #2 (dissolved in divorce) | A | Dividend | J | T | | | | | |
| 23. La. State Employee Retirement System | | None | L | T | | | | | Please see note Part VIII |
| 24. Series EE Bonds | | None | J | T | | | | | |
| 25. Maxim Stock Index Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 26. American Century Ultra Fund | | None | J | T | | | | | La. Deferred Comp. Plan |
| 27. Maxim INVESCO Small Cap Growth Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 28. FERSTSP | | None | K | T | | | | | |
| 29. JP Morgan Chase Bank | A | Interest | J | T | | | | | |
| 30. Western Asset Money Market | A | Dividend | J | T | | | | | |
| 31. WR Advisors Science and Technology | B | Dividend | L | T | | | | | |
| 32. 25% Interest in Estate of Florence I. Head | | None | N | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes:
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 04/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. La. Deferred Compensation Plan rolled over to FERSTSP (From Part VII, record 23, 26, 27, 28 & 29). Plan included Maxim Stock Index Portfolio, American Centruy Ultra Fund and Maxim INVESCO Small Cap Growth Portfolio.

2. La. State Employee Retirement Plan is in litigation (From Part VII, record 24).

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 04/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544